

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00095-CR

Jesus **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 394254
Honorable Wayne A. Christian, Judge Presiding

## O R D E R

On April 28, 2014, we abated this appeal to the trial court for appointment of appellate counsel to represent appellant, who is indigent. We have received a supplemental clerk's record containing the trial court's order appointing counsel. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that the reporter's record is due **within thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court